UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re Recalled Abbott Infant Formula Products Liability Litigation<br><br>This document relates to:<br><br>CHARLOTTE WILLOUGHBY, LAKENDREA CAMILLE MCNEALY, SHAYLYNN DOXIE, BRITTNEY GRAY, KATALEENA HELMICK, LANI JOHNSTON, ASHLEY POPA, and DENIEGE REVORD, individually and on behalf of a class of similarly situated individuals,<br><br>    Plaintiffs,<br><br>v.<br><br>ABBOTT LABORATORIES,<br><br>    Defendant. | Case No. 1:23-cv-00338<br><br>Hon. Matthew F. Kennelly<br><br>Case No. 1:22-cv-01322 |

## AMENDED ORDER EXTENDING DEADLINES

Plaintiffs Charlotte Willoughby, Lakendrea Camille McNealy, Shaylynn Doxie, Brittney Gray, Kataleena Helmick, Lani Johnston, Ashley Popa and Deniege Revord (the "Willoughby Plaintiffs") and Defendant Abbott Laboratories ("Abbott") (collectively the "Parties") hereby jointly request that this Court enter the new case schedule below extending the current case deadlines by approximately forty-five (45) days.

| Event | Current Deadline | New Deadline |
|---|---|---|
| Plaintiffs' Rule 26(a)(2) Disclosures | February 29, 2024 | April 15, 2024 |
| Defendant's Rule 26(a)(2) Disclosures | April 22, 2024 | June 6, 2024 |
| Motion to Serve Expert Rebuttal Disclosures | May 1, 2024 | June 14, 2024 |
| Written Discovery Completed | May 30, 2024 | July 15, 2024 |
| Depositions of Expert Witnesses | June 24, 2024 | August 8, 2024 |
| Motion for Class Certification | July 24, 2024 | September 9, 2024 |
| Defendant's Response to Motion for Class Certification | September 5, 2024 | October 21, 2024 |

1

| Event | Current Deadline | New Deadline |
|---|---|---|
| Plaintiffs' Reply on Class Certification | October 7, 2024 | November 20, 2024 |
| *Daubert* Motions (Class Certification) | September 12, 2024 | October 28, 2024 |
| Responses to *Daubert* Motions | October 7, 2024 | November 20, 2024 |
| Hearing on Class Certification / *Daubert* Motions | TBD | |
| Completion of All Remaining Fact and Expert Discovery | 90 days following decision on class certification | |
| Filing Dispositive Motions | 45 days following completing of all discovery | |
| Trial | TBD | |

This is the Parties' second request for an extension to these case deadlines.

STIPULATED AND AGREED TO on January 26, 2024.

WEXLER BOLEY & ELGERSMA LLP

By: ____/s/ *Kara A. Elgersma*____
Kara A. Elgersma
Kenneth A. Wexler
311 S. Wacker Drive, Suite 5450
Chicago, IL 60606
Telephone: (312) 346-2222
Facsimile: (312) 346-0022
kaw@wbe-llp.com
kae@wbe-llp.com

**Plaintiffs' Local Counsel**

LOCKRIDGE GRINDAL NAUEN P.L.L.P.
Rebecca A. Peterson
Robert K. Shelquist
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
rapeterson@locklaw.com
rkshelquist@locklaw.com

GUSTAFSON GLUEK, PLLC

PATTERSON BELKNAP WEBB & TYLER LLP

By: ____/s/ *Jonah M. Knobler*____
William F. Cavanaugh, Jr.
Jonah M. Knobler
1133 Avenue of the Americas
New York, NY 10036
Telephone: (212) 336-2000
Facsimile: (212) 336-2222
wfcavanaugh@pbwt.com
jknobler@pbwt.com

WINSTON AND STRAWN LLP
Jonathan D. Brightbill
1901 L Street NW
Washington, DC 20036
Telephone: (202) 282-5855
Facsimile: (202) 282-5100
JBrightbill@winston.com

Sarah E. Harmon

2

Daniel E. Gustafson (pro hac vice)
Catherine Sung-Yun K. Smith
Canadian Pacific Plaza
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
dgustafson@gustafsongluek.com
csmith@gustafsongluek.com

LYNCH CARPENTER LLP
Katrina Carroll
Kyle A. Shamberg
111 W. Washington Street, Suite 1240
Chicago, IL 60602
Telephone: (312) 750-1265
Facsimile: (312) 212-5919
katrina@lcllp.com
kyle@lcllp.com

BARRACK RODOS & BACINE
Stephen R. Basser
One America Plaza
600 West Broadway, Suite 900
San Diego, CA 92101
Telephone: (619) 230-0800
Facsimile: (619) 230-1874
sbasser@barrack.com

WINSTON AND STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700
sharmon@winston.com

**Attorneys for Abbott Laboratories in Willoughby**

3

GEORGE FELDMAN MCDONALD, PLLC
Lori G. Feldman
102 Half Moon Bay Drive
Croton-on-Hudson, NY 10520
Telephone: (917) 983-9321
LFeldman@4-Justice.com
E-service: eService@4-Justice.com

GEORGE FELDMAN MCDONALD, PLLC
David J. George
Brittany L. Brown
9897 Lake Worth Road, Suite #302
Lake Worth, FL 33467
Telephone: (561) 232-6002
DGeorge@4-Justice.com
E-service: eService@4-Justice.com

EMERSON FIRM, PLLC
John G. Emerson (pro hac vice to be submitted)
2500 Wilcrest Drive, Suite 300
Houston, TX 77042
Telephone: (800) 551-8649
Facsimile: (501) 286-4659
jemerson@emersonfirm.com

CUNEO GILBERT & LADUCA, LLP
Charles LaDuca
4725 Wisconsin Avenue NW, Suite 200
Washington, D.C. 20016
Telephone: (202) 789-3960
Facsimile: (202) 789-1813
charles@cuneolaw.com

SALTZ MONGELUZZI & BENDESKY, PC
Simon B. Paris
Patrick Howard
1650 Market Street, 52nd Floor
One Liberty Place
Philadelphia, PA 19103
Telephone: (215) 496-8282
Facsimile: (215) 754-443
sparis@smbb.com
phoward@smbb.com

**Attorneys for Plaintiffs**

    **IT IS SO ORDERED:**

_____
The Honorable Matthew Kennelly

DATED: January 31, 2024